No. 1286. SPICER ET AL. *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 1293. REAGON *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. *James R. White* for petitioner. *Theodore L. Sendak,* Attorney General of Indiana, and *Mark Peden,* Deputy Attorney General, for respondent.

No. 1294. FARRELL LINES INC. *v.* TITAN INDUSTRIAL CORP. C. A. 2d Cir. Certiorari denied. *George W. Sullivan* and *Francis R. Matera* for petitioner. *Frank L. Wiswall, Jr.,* for respondent.

No. 1313. SUBVERSIVE ACTIVITIES CONTROL BOARD *v.* BOORDA ET AL. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Yeagley, Kevin T. Maroney,* and *Lee B. Anderson* for petitioner. *John J. Abt* and *Joseph Forer* for respondents.

No. 1318. PERFECT FIT INDUSTRIES, INC. *v.* GLEN MFG., INC. C. A. 2d Cir. Certiorari denied. *Arthur H. Seidel* for petitioner. *William J. Stellman* and *James R. Sweeney* for respondent.

No. 1320. GRIPKEY *v.* SISTERS OF CHARITY OF THE BLESSED VIRGIN MARY. C. A. 9th Cir. Certiorari denied. *W. I. Gilbert, Jr.,* and *Francis J. O'Connor* for respondent.

No. 1336. EUGENE SAND & GRAVEL, INC. *v.* LOWE ET AL. Sup. Ct. Ore. Certiorari denied. *John E. Jaqua* for petitioner.